**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**STEPHEN BUSHANSKY**, Individually and on Behalf :
of All Others Similarly Situated,
:
:
                               *Plaintiff*,       :      **1:24-cv-08648 (ALC)**
:
          -against-                      :      **CONFERENCE ORDER**
:
**SMARTSHEET INC., ET AL.,**                :
:
                              *Defendants*.    :
:
------------------------------------------------------------------- :
                                                        x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephonic conference in this action on Monday, November 25, 2024 at 12 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: November 21, 2024**
          **New York, New York**                           _____
                                                                       **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**