**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,**

        *Plaintiff*,  :  1:24-cv-08648 (ALC)

  -against-  :  **ORDER**

**SMARTSHEET INC., ET AL.,**

        *Defendants*.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  In light of the agreement in principle reached by the parties, the telephonic conference in this action scheduled for Monday, November 25, 2024 at 12 PM Eastern Time is adjourned.

**SO ORDERED.**

Dated: November 22, 2024
   New York, New York

             **ANDREW L. CARTER, JR.**
             **United States District Judge**