UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
STEPHEN BUSHANSKY, Individually and on Behalf : Case No. 24-cv-08648-ALC
of All Others Similarly Situated                :
                                                :
          Plaintiff,                            :
                                                :
    v.                                        :
                                                :
SMARTSHEET, INC., MARK MADER, ALISSA            :
ABDULLAH, GEOFFREY BARKER, MICHAEL              :
GREGOIRE, MATTHEW MCILWAIN, KATIE               :
ROONEY, KHOZEMA SIPCHANDLER, ROWAN              :
TROLLOPE, JAMES WHITE, and MAGDALENA            :
YESIL.                                          :
                                                :
          Defendants.                            :
-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action with prejudice as to his individual claims only. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 16, 2025

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

By: /s/ *Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: 212-971-1341
jmonteverde@monteverdelaw.com

Joshua E. Fruchter
**WOHL & FRUCHTER LLP**
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel. (845) 290-6818

1

Fax. (718) 504-3773
jfruchter@wohlfruchter.com

Joshua M. Rubin
**WEISS LAW**
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: jrubin@weisslawllp.com

Michael A. Rogovin
**WEISS LAW**
476 Hardendorf Ave. NE
Atlanta, Georgia 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*